IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYVON JAYSON KEITT, | : | Civil No. 3:21-cv-1476 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN SCOTT FINLEY, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 7th day of December, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT**:

1. The habeas petition (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge